*Notice: This order is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 25-BG-0588**

IN RE STEVE LARSON-JACKSON,
                                        Respondent.
A Suspended Member of the Bar of the
District of Columbia Court of Appeals        **BDN: 23-BD-045**
**Bar Registration No. 414847**              **DDN: 2017-D280,** *et al.*

BEFORE: McLeese and Deahl, Associate Judges, and Thompson, Senior Judge.

## O R D E R
(FILED – December 18, 2025)

On consideration of this court's November 13, 2025, opinion disbarring respondent in partial reliance on respondent's failure to file exceptions to the Board on Professional Responsibility's Report and Recommendation recommending his disbarment, respondent's November 14, 2025, motion for reconsideration and for extension of time to file exceptions, construed as a petition for rehearing and motion for extension of time, this court's June 30, 2025, order directing respondent to show cause why he should not be suspended pending final action on the Board's report, and respondent's July 29, 2025, response, it is

ORDERED that the petition for rehearing and motion for extension of time are granted. It is

FURTHER ORDERED that the November 13, 2025, opinion disbarring respondent is vacated. It is

FURTHER ORDERED that the exceptions attached to the November 14, 2025, motion are filed. To the extent additional exceptions are included in respondent's July 29, 2025, response to this court's show cause order, respondent may also address those exceptions in his brief. It is

No. 25-BG-0588

FURTHER ORDERED that respondent is hereby suspended from the practice of law in the District of Columbia pending final disposition of this proceeding. *See* D.C. Bar R. XI, § 9(g). It is

FURTHER ORDERED that respondent's attention is directed to D.C. Bar R. XI, § 14, which sets forth various notice requirements and procedures pertaining to suspended attorneys, and D.C. Bar R. XI, § 16(c), which addresses the timing of eligibility for reinstatement. It is

FURTHER ORDERED that respondent's brief shall be filed within 40 days from the date of this order, and Disciplinary Counsel's brief shall be filed within 30 days thereafter.

**PER CURIAM**